SCANNED at PENDLETON and Emailed on
9/10/20 by WR - 12 pages.
(date)  (initials)  (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Eddrell Scott ,

_____ ,

_____ ,

vs

(Full name of defendant(s))

Vennessa Hinshaw ,

Docter, Liedtke ,

Superintendent, Zatocky

**FILED**

12:13 pm, Sep 11, 2020

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:20-cv-2366-JRS-DML
(To be supplied by clerk of court)

A.   PARTIES:

1.  Plaintiff is a citizen of ___Indiana___ , and is located at
    (State)

4490, Ind., Pendleton Correctional Facility / IDOC
46064.
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant "Vennessa Hinshaw" and Superintenden Zetacky
    (Name)

D-6 (revised 12/28/15)          Complaint - 1

is (if a person or private corporation) a citizen of __United States of Indiana__
(State, if known)

and (if a person) resides at __Pendleton Corr. Facility 4490 W, Pendleton, Ind 46064__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Department of Correction Mental Health Dept.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On the 1-3-20 I was sent PCF/IRT Mental Health Dept. to recieve adequate and appropriate mental Health care Due to Allen County Judge "David Zent" finding me guilty But Mentaly ill, ~~and on~~ and was violated By "Vennessa Hinshaw" the Director of the Mental Health program By violating my Eigth Amendment and refusing to give the proper care thats required for Mental Health patients. at the I.R.T program

D-6 (revised 12/28/15)                Complaint - 2

I then wrote the (Superintendent Zatecky) and informd him I'm recieving mental abuse and my Rights are being violated and policy is not in accordance, due to me being in a segregation like setting and not recieving 10 hours of Mental Health treatment weekly, and was informd by him to Contact Doctor Liedtke, Vennessa Hinshaw and medical and thats what I did. But no changes where made by either party and my situation became so toxic, I started (slicing my arms months Later) and becomeing very humacidle, restless, and Depresst and feeling very overwhelmd due to a lack of treatment. This took place on the 2-16-20 and the neglect, abuse, and Violation of my "Right" has not stopd yet. this all took place at P.C.F/I.R.T mental Health program in C1-Building and C-2 Building and they reason for doing this was they Building Burnd down so they Cant provide proper treatment at the time.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the courts to inforce the agreement that was made with UCLA, Legal, Wexford on December 31, 2012 that all mental ill patients will have the (Right) to recieve adequate and appropriate mental Health Care. To ensure offender safety thats been dignost with a Savior disorder, I want to come to an agreement on a settlement of money thats fair and just due to the emotional Distress, and the psychikal harm that this caused Mental abuse caused, and Ship me to the proper place to recieve treatment until they fix there building and hire new Staff.

E. JURY DEMAND

[✓] Jury Demand - I want a jury to hear my case
   OR

[ ] Court Trial - I want a judge to hear my case

Dated this __29__ day of __August__ 20__20__.

Respectfully Submitted,

_Edded Scott_
Signature of Plaintiff

__132122__
Plaintiff's Prisoner ID Number

__Pendleton Correctional Facility 4490 W. Pendleton, Ind. 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.